UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :     CRIMINAL 10-653(MLC)

       vs.                       :     ORDER APPOINTING FEDERAL
                                                 PUBLIC DEFENDER

JEREMY WILLIAMS                  :

    The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown;  it is on this 27th day of October, 2010,

    ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of this court.

                                                       S/Mary L. Cooper
                                                       **MARY L. COOPER,**
                                                       United States District Judge

cc:   Federal Public Defender