UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Crim. No. 10-653 (FLW) |
| JEREMY WILLIAMS | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Alexander Ramey, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3143(a) to detain the defendant in the above-entitled matter on the grounds of his dangerousness to the community and risk of flight; an initial appearance in this matter having been held on June 6, 2020, by videoconference; and the defendant, Jeremy Williams (through counsel, Lisa Van Hoek, Esq.), having consented to proceed by videoconference and to detention, and further reserved his right to seek pre-hearing release at a later date; and for good cause shown:

IT IS, therefore, on this 2nd day of June, 2020,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a), that the defendant, Jeremy Williams, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's

right to seek pre-hearing release at a later date; and it is further

ORDERED, that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

S/_____
HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE